IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| WILLIAM PROBST,[1] | § | |
| | § | No. 118, 2020 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS18-01579 |
| SHAYNA CHANCE, | § | Petition No. 19-08955 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: November 10, 2020
Decided: November 23, 2020

## ORDER

It appears to the Court that, on October 21, 2020, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why his appeal should not be dismissed for his failure to file an opening brief and appendix. Postal records show that the appellant received the notice to show cause by October 30, 2020. A timely response to the notice to show cause was due on or before November 9, 2020. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice